UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  1:17-MJ-04013-MKD |
| vs. ) | |
| BANDIR AL-THANI, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Received Rule 5 papers from the United States District Court, Western District of Washington, case number CR15-0001MJP

PROB 12C-WAR
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bandir Al-Thani     **Case Number:** CR15-00011MJP
**Name of Judicial Officer:** The Honorable Marsha J. Pechman, U.S. District Judge
**Date of Original Sentence:** 11/14/2008     **Date of Report:** May 26, 2016
**Original Offense:** Drug Conspiracy; Criminal Forfeiture
**Original Sentence:** 84 months imprisonment; 5 years supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 05/02/2014
**Assistant U.S. Attorney:** Kate Vaughan     **Defense Attorney:** Mohammad Ali Hamoudi
**Special Conditions Imposed:**
☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Cooperate in the collection of DNA, submit to search, no new credit, and shall not possess a firearm.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Bandir Al-Thani has violated conditions of supervision by:

Violation
Number    Nature of Noncompliance

1. Attempting to traffic stolen property on or about May 24, 2016, in violation of a standard condition of supervised release.

2. Possessing a firearm, on or about May 24, 2016, in violation of a standard condition of supervised release.

We incorporate by reference the information contained in the attached memorandum.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
    ☐ risk of flight.
    ☒ danger to community.

The Honorable Marsha J. Pechman, U.S. District Judge  
Petition for Warrant or Summons for Offender Under Supervision

Page 2 of 2  
May 26, 2016

I swear under penalty of perjury that the foregoing is true and correct.  
Executed on this 8th day of May, 2016.

*/s/ Lonnie G. Kaman*  
Lonnie G. Kaman  
U.S. Probation Officer

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:  
*/s/ Michael R. Markham*  
Michael R. Markham  
Supervising U.S. Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved  
☒ The Issuance of a Warrant under seal  
   (conditions of supervision shall remain in effect pending final adjudication)  
☐ The Issuance of a Summons  
   (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

*/s/ Marsha J. Pechman*  
Signature of Judicial Officer

May 26, 2016  
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR15-11 MJP |
| Bandir J. Al-Thani | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Bandir J. Al-Thani                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release.

Date: 05/26/2016

_____
Issuing officer's signature

City and state:   Seattle, WA

Paula McNabb, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |