# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. BANDIR AL-THANI**    Case No.   1:17-MJ-04013-MKD-1

**Rule 5 Initial Appearance on Supervised Release Violation Petition:**    02/03/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty |
| | | ☒ | Jeffrey Dahlberg, Defense Atty |
| ☒ | Carrie Valencia, Phil Casey & Linda Leavitt, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Orally Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☒ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. REMOVAL of the defendant to the charging district.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Bail Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |
| **Probable Cause Hrg:** | *Waived by Defendant* |