Case 1:17-mj-04013  ECF No. 11   filed 02/03/17   PageID.16   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:17-MJ-4013-MKD-1 |
|---|---|
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL |
| vs. | |
| BANDIR AL-THANI, | |
| Defendant. | |
| | **ECF No. 4** |
| | ***Action Required*** |

On Friday, February 03, 2017, the Defendant made an initial appearance on a supervised release petition (ECF No. 02, violations 1-2) issued in the Western District of Washington, pursuant to Fed. R. Crim. Pro. 5. The Defendant appeared, in custody, with Assistant Federal Defender Jeffrey Dahlberg. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL- 1

Defendant was advised of, and acknowledged Defendant's rights.

The Office of the Federal Defenders was appointed to represent the Defendant.

The United States moved for detention (ECF No. 04). The Defendant personally and through his counsel waived his right to a detention hearing.

Defendant personally and through counsel waived his right to an identity hearing and a preliminary hearing in this district.

**IT IS ORDERED:**

1. The Government's Motion for Detention (**ECF No. 04**) is **GRANTED**.

2. Defendant is committed to the custody of the United States Marshals for detention until further order of the court, and for removal as soon as reasonably possible to the Western District of Washington.

3. Defendant shall be made reasonably available for communication with court-appointed counsel.

4. Until appointment of counsel in the charging district, all notices shall be sent to the Federal Defenders of Eastern Washington, 306 East Chestnut Ave., Yakima, WA 98901.

DATED February 3, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL- 2