LOCATION−CUSTODY

# Eastern District of Washington
# U.S. District Court (Yakima)
# CRIMINAL DOCKET FOR CASE #: <u>1:17−mj−04013−MKD</u> All Defendants

Case title: USA v. Al−Thani  
Other court case number: CR15−0001MJP Western District of Washington

Date Filed: 02/02/2017

Assigned to: Magistrate Judge Mary K. Dimke

**Defendant (1)**

| | |
|---|---|
| **Bandir Al−Thani** | represented by **Federal Public Defender – YAK**<br>Federal Defenders – YAK<br>Eastern Washington<br>306 East Chestnut Avenue<br>Yakima, WA 98901<br>Email: <u>mary_dehnhoff@fd.org</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release Petition | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ian Lloyd Garriques**<br>U S Attorney's Office – YAK<br>402 E Yakima Avenue<br>Suite 210<br>Yakima, WA 98901–2760<br>509–454–4425<br>Fax: 509–249–3297<br>Email: ian.garriques@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/02/2017 | 1 | 3 | RULE 5 DOCUMENTS RECEIVED from Western District of Washington as to Bandir Al–Thani (1): Supervised Release Petition and Arrest Warrant. (PH, Case Administrator) (Entered: 02/02/2017) |
| 02/02/2017 | 3 | | NOTICE OF HEARING – By Court as to Bandir Al–Thani (1). Text entry; no PDF attached. Rule 5 Initial Appearance – Supervised Release Petition set for 2/3/2017 at 10:00 AM in Yakima Courtroom 102 before Magistrate Judge Mary K. Dimke. (PH, Case Administrator) (Entered: 02/02/2017) |
| 02/03/2017 | 4 | | Oral MOTION for Detention by USA as to Bandir Al–Thani (1). (PH, Case Administrator) (Entered: 02/03/2017) |
| 02/03/2017 | 5 | 7 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Bandir Al–Thani (1). (MO, Courtroom Deputy) (Entered: 02/03/2017) |
| 02/03/2017 | 7 | 8 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Bandir Al–Thani (1). (MO, Courtroom Deputy) (Entered: 02/03/2017) |
| 02/03/2017 | 8 | 10 | WAIVER of Rule 5 Hearings by Bandir Al–Thani (1). (MO, Courtroom Deputy) (Entered: 02/03/2017) |
| 02/03/2017 | 9 | | ORDER APPOINTING FEDERAL DEFENDER as to Bandir Al–Thani (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A Appointed Federal Public Defender – YAK for Bandir Al–Thani – Text entry; no PDF document will issue. This text–only entry constitutes the court order on the matter. Signed by Magistrate Judge Mary K. Dimke. (KB, ) (Entered: 02/03/2017) |
| 02/03/2017 | 10 | 12 | Minute Entry for proceedings held before Magistrate Judge Mary K. Dimke: Initial Appearance in Rule 5 Proceedings as to Bandir Al–Thani (1) held on 2/3/2017. (Reported/Recorded by: FTR/Y–102) (PH, Case Administrator) (Entered: 02/03/2017) |
| 02/03/2017 | 11 | 13 | ORDER Following Initial Appearance, Granting the United States' 4 Motion for Detention, and Directing Removal as to Bandir Al–Thani (1). Signed by Magistrate Judge Mary K. Dimke. (MO, Courtroom Deputy) (Entered: 02/03/2017) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:17-MJ-04013-MKD |
| vs. ) | |
| BANDIR AL-THANI, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Received Rule 5 papers from the United States District Court, Western District of Washington, case number CR15-0001MJP

PROB 12C-WAR
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bandir Al-Thani     **Case Number:** CR15-00011MJP
**Name of Judicial Officer:** The Honorable Marsha J. Pechman, U.S. District Judge
**Date of Original Sentence:** 11/14/2008     **Date of Report:** May 26, 2016
**Original Offense:** Drug Conspiracy; Criminal Forfeiture
**Original Sentence:** 84 months imprisonment; 5 years supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 05/02/2014
**Assistant U.S. Attorney:** Kate Vaughan     **Defense Attorney:** Mohammad Ali Hamoudi
**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Cooperate in the collection of DNA, submit to search, no new credit, and shall not possess a firearm.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Bandir Al-Thani has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Attempting to traffic stolen property on or about May 24, 2016, in violation of a standard condition of supervised release. |
| 2. | Possessing a firearm, on or about May 24, 2016, in violation of a standard condition of supervised release. |

We incorporate by reference the information contained in the attached memorandum.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
    ☐ risk of flight.
    ☒ danger to community.

4

The Honorable Marsha J. Pechman, U.S. District Judge  
Petition for Warrant or Summons for Offender Under Supervision

Page 2 of 2  
May 26, 2016

I swear under penalty of perjury that the foregoing is true and correct.  
Executed on this 8th day of May, 2016.

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:

Michael R. Markham  
Supervising U.S. Probation Officer

Lonnie G. Kaman  
U.S. Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved  
☒ The Issuance of a Warrant under seal  
  (conditions of supervision shall remain in effect pending final adjudication)  
☐ The Issuance of a Summons  
  (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

Signature of Judicial Officer

May 26, 2016  
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR15-11 MJP |
| Bandir J. Al-Thani | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bandir J. Al-Thani,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release.

Date: 05/26/2016

*Issuing officer's signature*

City and state: Seattle, WA

Paula McNabb, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 3 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) 1:17-MJ-4013-MKD
)
vs. ) Defendant's Assertion of
) Fifth and Sixth Amendment
BANDIR AL-THANI, ) Rights
)
    Defendant. )
_____)

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

    I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

DATED this 3rd day of February, 2017.

Respectfully Submitted,

_____
DEFENDANT

Defendant's Assertion of
Fifth and Sixth Amendment Rights

1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 3 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BANDIR AL-THANI,

    Defendant.

) ACKNOWLEDGMENT OF NOTICE
)   OF RIGHTS
)
) Magistrate Docket No.
)
)    1:17-MJ-4013-MKD

    The undersigned defendant does hereby acknowledge: I appeared before a United States Magistrate Judge this date and have been advised as follows:

    1) Of the charge or charges placed against me and the maximum penalty provided by law, and I acknowledge receipt of a copy of the Supervised Release Violation Report, which specifically sets forth the allegations;

    2) That I have been advised of the maximum penalty provided by law;

    3) My right to remain silent at all times and if I make a statement it can be used against me;

    4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

    5) My right to a hearing before the judicial officer where the Supervised Release was imposed and to be confronted by the government's witnesses, and I am entitled to have witnesses attend on my behalf;

    6) My right to a hearing on the warrant for removal to ascertain that I am the person named in the Violation Report or if I wish I can waive this hearing in writing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS
RULE 5/SUPERVISED RELEASE CONDITIONS

7) That if the United States moves for a detention hearing, it must be held within three days and that I have the right to be represented by counsel at such hearing, but that the United States has determined to defer asking for a detention hearing until my first appearance in the charging district.

Dated this 3rd day of February, 2017

_____
Defendant

ACKNOWLEDGMENT OF NOTICE OF RIGHTS
RULE 5/SUPERVISED RELEASE CONDITIONS

9

```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                    FEB 03 2017

                                 SEAN F. McAVOY, CLERK
                                              DEPUTY
                                 YAKIMA, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | MJ- 17-4013-MKD |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | WAIVER OF RULE 5 HEARINGS |
| v. | ) | |
| BANDIR AL-THANI, | ) | |
| Defendant. | ) | |

The undersigned defendant does hereby acknowledge: I appeared on this date in the Eastern District of Washington, was advised of the charge(s) pending against me in the prosecuting district, and was informed of my rights to:

(1) remain silent, knowing that if I make a statement, it can be used against me; (2) retain counsel or have counsel appointed for me; (3) an identity hearing to determine if I am the person sought by the prosecuting district; and (4) plead guilty to the charge in this district, if I and the United States Attorneys in this district and in the requesting district agree.

If this matter is proceeding by **COMPLAINT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) preliminary examination in this district
( ) bail hearing in this district

If this matter is proceeding by **INDICTMENT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail hearing in this district

WAIVER OF RULE 5 HEARINGS - 1

```
 1      If this matter is proceeding by PETITION:
 2      I WAIVE (GIVE UP) MY RIGHT TO A(N)
 3      (✓) identity hearing in this district
        (✓) probable cause hearing in this district
 4      (✓) bail hearing in this district
 5      If this matter is proceeding by WARRANT:
 6      I WAIVE (GIVE UP) MY RIGHT TO A(N)
 7      ( ) identity hearing in this district
        ( ) bail hearing in this district
 8
 9  and, therefore, consent to the issuance of an order requiring my
10  appearance in the prosecuting district where the charge is pending
11  against me.
12      As to those hearings which are waived in this district, other
13  than the identity hearing, I RESERVE the right to have those
14  hearings in the prosecuting district.
15
16                                           _____
                                                    Defendant
17
18   __2/3/17_____              _____
              Date                              Defense Counsel
19
20
    Interpreted by (if applicable):
21
22   _____
    (Sign and Print Name)
23
24
25
26
27
28

WAIVER OF RULE 5 HEARINGS - 2
```

# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. BANDIR AL-THANI**  **Case No. 1:17-MJ-04013-MKD-1**

**Rule 5 Initial Appearance on Supervised Release Violation Petition:**  02/03/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty |
| | | ☒ | Jeffrey Dahlberg, Defense Atty |
| ☒ | Carrie Valencia, Phil Casey & Linda Leavitt, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Orally Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☒ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. REMOVAL of the defendant to the charging district.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Identity Hrg:** | *Waived by Defendant* |
|---|---|
| **Bail Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |
| **Probable Cause Hrg:** | *Waived by Defendant* |

FTR/Y-102    Time: 10:03 a.m. – 10:09 a.m.    Page 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BANDIR AL-THANI,<br><br>Defendant. | No. 1:17-MJ-4013-MKD-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL<br><br>**ECF No. 4**<br><br>***Action Required**** |

On Friday, February 03, 2017, the Defendant made an initial appearance on a supervised release petition (ECF No. 02, violations 1-2) issued in the Western District of Washington, pursuant to Fed. R. Crim. Pro. 5. The Defendant appeared, in custody, with Assistant Federal Defender Jeffrey Dahlberg. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL- 1

Defendant was advised of, and acknowledged Defendant's rights.

The Office of the Federal Defenders was appointed to represent the Defendant.

The United States moved for detention (ECF No. 04). The Defendant personally and through his counsel waived his right to a detention hearing.

Defendant personally and through counsel waived his right to an identity hearing and a preliminary hearing in this district.

**IT IS ORDERED:**

1. The Government's Motion for Detention (**ECF No. 04**) is **GRANTED**.

2. Defendant is committed to the custody of the United States Marshals for detention until further order of the court, and for removal as soon as reasonably possible to the Western District of Washington.

3. Defendant shall be made reasonably available for communication with court-appointed counsel.

4. Until appointment of counsel in the charging district, all notices shall be sent to the Federal Defenders of Eastern Washington, 306 East Chestnut Ave., Yakima, WA 98901.

DATED February 3, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE, GRANTING THE UNITED STATES' MOTION FOR DETENTION, AND DIRECTING REMOVAL- 2